## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEVE HICKMAN, | : | |
| | : | Civil Action No. 12-2603 (JBS) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DONNA ZICKEFOOSE, Warden, | : | |
| | : | |
| Respondent. | : | |


For the reasons set forth in the Opinion filed herewith,
IT IS on this ____**4th**____ day of ____**March**____, 2013,

ORDERED that the habeas petition, to the extent it seeks an Order compelling medical treatment, is DISMISSED for lack of habeas jurisdiction WITHOUT PREJUDICE to Petitioner's right to file a separate civil action alleging violation of the right to be free from deliberate indifference to a substantial medical need; and it is further

ORDERED that the Petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies seeking release due to medical condition; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.


___s/ Jerome B. Simandle___
Jerome B. Simandle
Chief Judge
United States District Court